United States District Court
Southern District of Texas
**ENTERED**
June 01, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| SANDRA DIAZ, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:23-CV-056 |
| | § | |
| CITY OF EDINBURG, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### NOTICE OF RESCHEDULING OF INITIAL PRETRIAL CONFERENCE VIA ZOOM *AS TO TIME ONLY*

The Initial Pretrial Conference (previously set for June 6, 2023, at 9:30 a.m.) is hereby reset for **June 6, 2023, at 12:00 p.m. via Zoom** before the Honorable Randy Crane, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

SO ORDERED June 1, 2023, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge